**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VAN DUC VO, a/k/a Vo Van Duc, Nguyen Tran Van and Trang Van Nguyen,

*Petitioner-Appellant,*

v.

MICHAEL L. BENOV, Warden,

*Respondent-Appellee.*

No. 04-56689

D.C. No.
CV-04-05543-DDP
Central District of
California,
Los Angeles

ORDER

Filed June 5, 2006

Before: Stephen Reinhardt, Alex Kozinski, and
Marsha S. Berzon, Circuit Judges.

## ORDER

The opinion filed May 22, 2006, is hereby amended as follows:

    1.   At Slip Op. at 5524, replace <Saigon> with <his native land>.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
——————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.